**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Party Fowl Donelson LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-0904323** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **2620 Lebanon Pike**<br>**Nashville, TN 37214**<br>Number, Street, City, State & ZIP Code | **719 8th Avenue South**<br>**Nashville, TN 37203**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Davidson**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**

District _____ When _____

Relationship _____

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

.    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

☐  $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐  $100,001 - $500,000         ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion
☐  $500,001 - $1 million       ☐ $100,000,001 - $500 million         ☐ More than $50 billion

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January  9, 2024**
               MM / DD / YYYY

**X** **/s/ Austin Smith** _____              **Austin Smith** _____
Signature of authorized representative of debtor        Printed name

Title   **Authorized Member**

**18. Signature of attorney**

**X** **/s/ Denis Graham "Gray" Waldron** _____     Date   **January  9, 2024**
Signature of attorney for debtor                                     MM / DD / YYYY

**Denis Graham "Gray" Waldron**
Printed name

**Dunham Hildebrand, PLLC**
Firm name

**2416 21st Avenue South, Suite 303**
**Nashville, TN 37212**
Number, Street, City, State & ZIP Code

Contact phone   **629 777 6519**         Email address   **gray@dhnashville.com**

**030391 TN**
Bar number and State

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number (*if known*) _____          Chapter   **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **J & S Concepts LLC dba Party Fowl** | | | Relationship to you | _____ |
| District | **Middle District of Tennessee** | When | **1/09/24** | Case number, if known | _____ |
| Debtor | **Party Fowl Cool Springs LLC** | | | Relationship to you | _____ |
| District | **Middle District of Tennessee** | When | **1/09/24** | Case number, if known | _____ |
| Debtor | **Party Fowl Destin LLC** | | | Relationship to you | _____ |
| District | **Middle District of Tennessee** | When | **1/09/24** | Case number, if known | _____ |
| Debtor | **Party Fowl Hamilton Place LLC** | | | Relationship to you | _____ |
| District | **Middle District of Tennessee** | When | **1/09/24** | Case number, if known | _____ |
| Debtor | **Party Fowl Murfreesboro LLC** | | | Relationship to you | _____ |
| District | **Middle District of Tennessee** | When | **1/09/24** | Case number, if known | _____ |

Fill in this information to identify the case:

Debtor name    **Party Fowl Donelson LLC**

United States Bankruptcy Court for the:    **MIDDLE DISTRICT OF TENNESSEE**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **2620 Associates LP 103 Continental Place, Suite 200 Brentwood, TN 37027** | | **Notice only** | | | | **$0.00** |
| **Ascentium Capital 23970 Highway 59 North Kingwood, TX 77339** | | **Notice only** | | | | **$0.00** |
| **Corporation Service Company PO Box 2576 Springfield, IL 62708** | | **UCC Doc 433813613 (blanket lien)** | | **Unknown** | **$0.00** | **Unknown** |
| **CT Corporation 330 N Brand Blvd, Suite 700 Attn: SPRS Glendale, CA 91203** | | **UCC Doc 435035833 (blanket lien, agreement 2618138)** | | **Unknown** | **$0.00** | **Unknown** |
| **Ecolab Inc PO Box 32027 New York, NY 10087** | | | | | | **$0.00** |
| **Ecolab Pest Elimination 655 Lone Oak Drive Eagan, MN 55121** | | | | | | **$0.00** |
| **Empire Distribution 3851 Industrial Parkway Nashville, TN 37218** | | | | | | **$0.00** |
| **Enviro-Scapes, LLC 214 Shady Grove Road Nashville, TN 37214** | | | | | | **$0.00** |
| **Fesco/Bromley 2315 Sycamore Drive Knoxville, TN 37921** | | | | | | **$0.00** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Gordon Cleaning Company 101 Spade Leaf #1012 Hendersonville, TN 37075** | | | | | | $0.00 |
| **GrinOn Industries, LLC 7649 Winton Drive Indianapolis, IN 46268** | | | | | | $0.00 |
| **HOODZ of Nashville 111 Space Park S Dr Nashville, TN 37211** | | | | | | $0.00 |
| **Joe B. Sullivan & Sons Plumbing 292 Hermitage Avenue Nashville, TN 37210** | | | | | | $0.00 |
| **Kahlua Bay PO Box 100356 Nashville, TN 37224** | | | | | | $0.00 |
| **Kickin' Coffee & Tea 1202 South Graycroft Ave Madison, TN 37115** | | | | | | $0.00 |
| **Regions Bank 901 Adams Avenue, Suite 200 Montgomery, AL 36104** | | **UCC Doc 436708042 (blanket lien)** | | $1,785,727.10 | $0.00 | $1,785,727.10 |
| **Rewards Network 540 West Madison Street, Suite 2400 Chicago, IL 60661** | | | | | | $85,719.21 |
| **TN Department of Revenue 500 Deaderick Street Nashville, TN 37242** | | **Taxes (payroll)** | | | | $229,025.91 |
| **TN Department of Revenue 500 Deaderick Street Nashville, TN 37242** | | **Taxes (sales and use)** | | | | $37,558.76 |
| **TN Department of Revenue 500 Deaderick Street Nashville, TN 37242** | | **Taxes (liquor)** | | | | $5,983.00 |

PARTY FOWL DONELSON LLC
719 8TH AVENUE SOUTH
NASHVILLE TN 37203

DENIS GRAHAM "GRAY" WALDRON
DUNHAM HILDEBRAND, PLLC
2416 21ST AVENUE SOUTH, SUITE 303
NASHVILLE, TN 37212

2620 ASSOCIATES LP
103 CONTINENTAL PLACE, SUITE 200
BRENTWOOD TN 37027

ASCENTIUM CAPITAL
23970 HIGHWAY 59 NORTH
KINGWOOD TX 77339

CORPORATION SERVICE COMPANY
PO BOX 2576
SPRINGFIELD IL 62708

CT CORPORATION
330 N BRAND BLVD, SUITE 700
ATTN: SPRS
GLENDALE CA 91203

ECOLAB INC
PO BOX 32027
NEW YORK NY 10087

ECOLAB PEST ELIMINATION
655 LONE OAK DRIVE
EAGAN MN 55121

EMPIRE DISTRIBUTION
3851 INDUSTRIAL PARKWAY
NASHVILLE TN 37218

ENVIRO-SCAPES, LLC
214 SHADY GROVE ROAD
NASHVILLE TN 37214

FESCO/BROMLEY
2315 SYCAMORE DRIVE
KNOXVILLE TN 37921

GORDON CLEANING COMPANY
101 SPADE LEAF #1012
HENDERSONVILLE TN 37075

GRINON INDUSTRIES, LLC
7649 WINTON DRIVE
INDIANAPOLIS IN 46268

HOODZ OF NASHVILLE
111 SPACE PARK S DR
NASHVILLE TN 37211

JOE B. SULLIVAN & SONS PLUMBING
292 HERMITAGE AVENUE
NASHVILLE TN 37210

KAHLUA BAY
PO BOX 100356
NASHVILLE TN 37224

KICKIN' COFFEE & TEA
1202 SOUTH GRAYCROFT AVE
MADISON TN 37115

LEE COMPANY
PO BOX 306053
NASHVILLE TN 37230

LIPMAN BROTHERS
2815 BRICK CHURCH PIKE
NASHVILLE TN 37207

LOWE RENTAL
615 HWY 74 S
PEACHTREE CITY GA 30269

MERRITT PROFESSIONAL SERVICES


METRO WATER
1700 3RD AVE
NASHVILLE TN 37208

MOBILE FIXTURE AND EQUIPMENT CO, INC
1155 MONTLIMAR DRIVE
MOBILE AL 36609

MOOD MEDIA
PO BOX 71070
CHARLOTTE NC 28272-1070

MOXIE PRINT MARKET
1302C DIVISION STREET
NASHVILLE TN 37203

NASHVILLE ELECTRIC SERVICE
PO BOX 305099
NASHVILLE TN 37230-5099

NASHVILLE KITCHEN & CANNERY
208 DRAGON DR
DICKSON TN 37055

ONSITE ENVIRONMENTAL
1421 BAPTIST WORLD CENTER DR
NASHVILLE TN 37207

PEPSI BEVERAGE COMPANY
1100 REYNOLDS BLVD
WINSTON-SALEM NC 27105

PFG SERVICES
PO BOX 931986
ATLANTA GA 31193-1986

PYE-BARKER FIRE & SAFETY, LLC
701 2ND AVE N
NASHVILLE TN 37201-1005

R.L. SCHREIBER
2745 WEST CYPRESS CREEK RD STE B
FT LAUDERDALE FL 33309

REGIONS
PO BOX 11407
BIRMINGHAM AL 35246-0054

REGIONS BANK
901 ADAMS AVENUE, SUITE 200
MONTGOMERY AL 36104

RESTAURANT TECHNOLOGIES, INC
12962 COLLECTIONS CENTER DR
CHICAGO IL 60693

REWARDS NETWORK
540 WEST MADISON STREET, SUITE 2400
CHICAGO IL 60661

RICK'S REFRIGERATION, LLC
982 WALLER ROAD
BRENTWOOD TN 37027

ROTO-ROOTER PLUMBING
P.O. BOX 293117
NASHVILLE TN 37229

SANICO OF TENNESSEE
BECK & BECK RESOURCES, LLC
PO BOX 69
BURNS TN 37029

SIMS FUNK, PLC
3322 WEST END AVENUE, SUITE 200
NASHVILLE TN 37203

SOMETHING INKED LLC
1018 ELM HILL PIKE
NASHVILLE TN 37210

STAPLES BUSINESS ADVANTAGE
PO BOX 105748
ATLANTA GA 30348-5748

SYSCO
1390 ENCLAVE PARKWAY
HOUSTON TX 77077

TK ELEVATOR CORPORATION
PO BOX 3796
CAROL STREAM IL 60132-3796

TN ATTORNEY GENERAL'S OFFICE
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 20207
NASHVILLE TN 37202

TN DEPARTMENT OF REVENUE
500 DEADERICK STREET
NASHVILLE TN 37242

TOAST CAPITAL
401 PARK DRIVE, SUITE 801
BOSTON MA 02215

TRAVELERS
TRAVELERS CL REMITTANCE CENTER
PO BOX 660317
DALLAS TX 75266-0317

VOLUNTEER WELDING SUPPLY
815 REP JOHN LEWIS WAY S
NASHVILLE TN 37203

WASTE MANAGEMENT
PO BOX 55558
BOSTON MA 02205-5558

WASTE TECH SERVICES, INC
PO BOX 682554
FRANKLIN TN 37068

# United States Bankruptcy Court
**Middle District of Tennessee**

In re    **Party Fowl Donelson LLC**                 Case No. _____

                              Debtor(s)      Chapter    **11** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Party Fowl Donelson LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

---
**January 9, 2024**
Date

**/s/ Denis Graham "Gray" Waldron**
**Denis Graham "Gray" Waldron**
Signature of Attorney or Litigant
Counsel for   **Party Fowl Donelson LLC**
**Dunham Hildebrand, PLLC**
**2416 21st Avenue South, Suite 303**
**Nashville, TN 37212**
**629 777 6519 Fax:615 777 3765**
**gray@dhnashville.com**